HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOBY MASSE,

        Plaintiff,

       v.

SIDNEY CLARK, et al,

        Defendants.

Case No. C06-5375RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion for Extension of Time to Respond to Court's Report and Recommendation [Dkt. #30].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On April 6, 2007, plaintiff filed his motion for an extension of time to respond to the Report and Recommendation. On April 9, 2007, defendants filed their response indicating that they did not oppose the plaintiff's request. Therefore, it is hereby

**ORDERED** that Plaintiff's Motion for Extension of Time to Respond to Court's Report and Recommendation [Dkt. #30] is **GRANTED**. Plaintiff shall have until May 10, 2007 to object to the Report and Recommendation and Defendants' reply, if any, to the objection shall be due by May 17, 2007. This matter will be reset on the calendar for May 18, 2007.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 10th day of April, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1